## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WILLIAM SAMPH and CHRISTOPHER LITTRELL on their own behalf and on behalf of those similarly situated,

      Plaintiffs,

vs.

CASE NO.:  2:14-cv-732-FtM-29-DNF

MORGAN ONE STEEL, INC., a Florida Profit Corporation; MORGAN ONE STEEL, LLC, a Florida Limited Liability Company; SCOTT J. MORGAN, Individually,

      Defendants.
_____/

## JOINT NOTICE OF NON-OPPOSITION TO REPORT AND RECOMMENDATION

Plaintiffs, WILLIAM SAMPH and CHRISTOPHER LITTRELL, and Defendants, MORGAN ONE STEEL, INC., MORGAN ONE STEEL, LLC, and SCOTT J. MORGAN, by and through their undersigned counsel, hereby notify the Court that the Parties do not have any opposition to the Report and Recommendation entered in this matter on June 15, 2015. [D.E. 19].

Dated this 22nd day of June, 2015.

| | |
|---|---|
| */s/ Angeli Murthy* | */s/ Jason L. Gunter* |
| ANGELI MURTHY, ESQ. | JASON L. GUNTER, ESQ. |
| Florida Bar No.: 088758 | Florida Bar No.: 0134694 |
| Email: Amurthy@forthepeople.com | E-mail: Jason@gunterfirm.com |
| MORGAN & MORGAN, P.A. | JASON L. GUNTER, P.A. |
| 600 N. Pine Island Road, Suite 400 | 1625 Hendry Street, Suite 103 |
| Plantation, FL 33324 | Fort Myers, FL 33901 |
| Telephone: (954) 318-0286 | Telephone: (239) 334-7017 |
| Facsimile: (954) 327-3016 | Facsimile: (239) 244-9942 |
| *Trial Counsel for Plaintiffs* | *Trial Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.